UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
UNITED STATES OF AMERICA,                             :
                                                      :
    *Plaintiff,*                    :
                                                      :
    *v.*                             :  No. 5:20-cv-1078 (BKS/TWD)
                                                      :
JAMES C. HOPKINS, III, and                            :
ROSANNE HOPKINS,                                      :
                                                      :
    *Defendants.*                    :
------------------------------------------------------x

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by James C. Hopkins, III, and Rosanne Hopkins. For its complaint, the United States alleges as follows:

### JURISDICTION AND PARTIES

1. The district court has jurisdiction pursuant to 26 U.S.C. §§ 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2. The defendant James C. Hopkins, III, resides in Onondaga County, New York, within the jurisdiction of this Court.

3. The defendant Rosanne Hopkins resides in Onondaga County, New York, within the jurisdiction of this Court. The defendant James C. Hopkins, III, is married to the defendant Rosanne Hopkins.

**COUNT ONE**
**(Claim to Reduce Income Tax Liabilities to Judgment against James C. Hopkins, III)**

4. The United States incorporates by reference paragraphs 1 through 2 as if specifically realleged herein.

5. A delegate of the Secretary of the Treasury made assessments against James C. Hopkins, III, for income taxes and penalties for the periods, on the dates, and in the amounts described below, which have balances due with interest, accruals, and costs as of August 11, 2020, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/11/2020 |
|---|---|---|---|---|
| 12/31/2001 | 05/02/2011 | Tax | $8,176.00 | |
| | 05/02/2011 | Late Filing Penalty | $1,839.60 | |
| | 05/02/2011 | Late Payment Penalty | $2,044.00 | $25,967.42 |
| 12/31/2002 | 08/29/2011 | Tax | $6,526,00 | |
| | 08/29/2011 | Late Filing Penalty | $1,468.35 | |
| | 08/29/2011 | Late Payment Penalty | $1,631.50 | $19,983.43 |
| 12/31/2003 | 08/01/2011 | Tax | $37,443.00 | |
| | 08/01/2011 | Late Filing Penalty | $8,424.67 | |
| | 08/01/2011 | Late Payment Penalty | $9,360.75 | $54,462.10 |
| 12/31/2005 | 02/28/2011 | Tax | $11,985.00 | |
| | 02/28/2011 | Late Filing Penalty | $2,696.62 | |
| | 02/28/2011 | Late Payment Penalty | $2,996.25 | |
| | 02/28/2011 | Penalty not Pre-paying | $480.74 | $32,950.75 |
| 12/31/2006 | 02/28/2011 | Tax | $13,809.00 | |
| | 02/28/2011 | Late Filing Penalty | $3,107.02 | |
| | 02/28/2011 | Late Payment Penalty | $3,245.11 | |
| | 02/28/2011 | Penalty not Pre-paying | $540.00 | $35,392.30 |
| 12/31/2007 | 02/28/2011 | Tax | $17,297.00 | |
| | 02/28/2011 | Late Filing Penalty | $2,766.82 | |
| | 02/28/2011 | Late Payment Penalty | $2,151.97 | |
| | 02/28/2011 | Penalty not Pre-paying | $787.00 | |
| | 11/05/2012 | Late Payment Penalty | $922.28 | $29,820.32 |
| 12/31/2008 | 09/20/2010 | Tax | $20,098.00 | |
| | 09/20/2010 | Late Filing Penalty | $4,387.05 | |
| | 09/20/2010 | Late Payment Penalty | $1,754.82 | |

|  | 11/05/2012 | Late Payment Penalty | $2,437.25 |  |
|  | 11/11/2013 | Late Payment Penalty | $682.43 | $43,531.02 |
| 12/31/2009 | 09/13/2010 | Tax | $16,565.00 |  |
|  | 09/13/2010 | Late Payment Penalty | $404.12 |  |
|  | 09/13/2010 | Penalty not Pre-paying | $387.00 |  |
|  | 11/05/2012 | Late Payment Penalty | $2,101.45 |  |
|  | 11/11/2013 | Late Payment Penalty | $969.90 |  |
|  | 11/10/2014 | Late Payment Penalty | $565.78 | $29,766.31 |
| **Total** |  |  |  | $271,873.65 |

6. Notice of the liabilities described in paragraph 5 was given to, and payment demanded from, James C. Hopkins, III.

7. Despite proper notice and demand, James C. Hopkins, III, failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $271,873.65, plus statutory additions accruing from and after August 11, 2020.

### COUNT TWO
**(Claim to Reduce Income Tax Liabilities to Judgment against James C. Hopkins, III, and Rosanne Hopkins)**

8. The United States incorporates by reference paragraphs 1 through 3 as if specifically realleged herein.

9. A delegate of the Secretary of the Treasury made joint assessments against James C. Hopkins, III, and Rosanne Hopkins for income taxes and penalties for the periods, on the dates, and in the amounts described below, which have balances due with interest, accruals, and costs as of August 11, 2020, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/11/2020 |
|---|---|---|---|---|
| 12/31/2011 | 03/23/2015 | Tax | $24,319.00 |  |
|  | 03/23/2015 | Late Filing Penalty | $3,313.57 |  |

|  | 03/23/2015 | Late Payment Penalty | $2,650.86 |  |
|  | 03/23/2015 | Penalty not Pre-paying | $154.00 |  |
|  | 11/14/2016 | Late Payment Penalty | $1,030.89 | $27,445.25 |
| 12/31/2012 | 06/01/2015 | Tax | $15,195.00 |  |
|  | 06/01/2015 | Late Filing Penalty | $3,516.00 |  |
|  | 06/01/2015 | Penalty not Pre-paying | $250.00 | $27,762.23 |
|  | 11/14/2016 | Late Payment Penalty | $2,320.56 |  |
| 12/31/2013 | 04/27/2015 | Tax | $16,014.00 |  |
|  | 04/27/2015 | Late Filing Penalty | $3,358.12 |  |
|  | 04/27/2015 | Late Payment Penalty | $970.12 |  |
|  | 04/27/2015 | Penalty not Pre-paying | $266.00 |  |
|  | 11/14/2016 | Late Payment Penalty | $2,611.88 | $28,521.29 |
| 12/31/2014 | 11/23/2015 | Tax | $317,120.00 |  |
|  | 11/23/2015 | Late Payment Penalty | $2,251.24 |  |
|  | 11/23/2015 | Penalty not Pre-paying | $298.00 | $43,674.69 |
| **Total** |  |  |  | $127,403.46 |

10.     Notice of the liabilities described in paragraph 9 was given to, and payment demanded from, James C. Hopkins, III, and Rosanne Hopkins.

11.     Despite proper notice and demand, James C. Hopkins, III, and Rosanne Hopkins failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, they remain liable, jointly and severally, to the United States in the amount of $127,403.46, plus statutory additions accruing from and after August 11, 2020.

WHEREFORE, the plaintiff United States of America prays for a judgment determining that:

A.      The defendant James C. Hopkins, III, is liable to the plaintiff United States for income tax liabilities for the periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, and December 31, 2009, in the amount of $271,873.65, plus statutory additions accruing from and after August 11, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28

U.S.C. § 1961(c);

B.     The defendant James C. Hopkins, III. and the defendant Rosanne Hopkins are liable, jointly and severally, to the plaintiff United States for income tax liabilities for the periods ending December 31, 2011, December 31, 2012, December 31, 2013, and December 31, 2014, in the amount of $127,403.46, plus statutory additions accruing from and after August 11, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and,

C.     The United States of America shall recover its costs and be awarded such other and further relief as the Court determines is just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ James M. Strandjord
JAMES M. STRANDJORD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-3345 (v)
202-514-5238 (f)
James.M.Strandjord@usdoj.gov

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
James C. Hopkins III, and Rosanne Hopkins

**(b)** County of Residence of First Listed Plaintiff  
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Onondaga**  
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  
James Strandjord, Trial Attorney, Tax Division, U.S. Department of Justice, PO Box 55, Washington, D.C. 20044, 202-616-3345

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1  U.S. Government Plaintiff  
☐ 2  U.S. Government Defendant  
☐ 3  Federal Question *(U.S. Government Not a Party)*  
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  
26 U.S.C. 7401

Brief description of cause:  
Suit to reduce tax assessments to judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  
DEMAND $ 399,276.00  
CHECK YES only if demanded in complaint:  
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  
JUDGE  
DOCKET NUMBER

DATE: 09/10/2020  
SIGNATURE OF ATTORNEY OF RECORD: /s/ James M. Strandjord

**FOR OFFICE USE ONLY**

RECEIPT # | AMOUNT **Waived** | APPLYING IFP | JUDGE **BKS** | MAG. JUDGE **TWD**

5:20-cv-1078